IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MICHAEL RANKINS, )
)
        Plaintiff, )
)
v. ) 1:12-CV-177
)
ALVIN WILLIAM KELLER, JR., )
et al., )
)
        Defendants. )

ORDER

On February 27, 2012, the United States Magistrate Judge's Recommendation [Doc. # 3] was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. Plaintiff filed objections [Doc. #5] to the Recommendation within the time limit prescribed by Section 636.

The Court has reviewed Plaintiff's objections *de novo* and finds they do not affect the validity of the reasoning of the United States Magistrate Judge's Recommendation. The United States Magistrate Judge's Recommendation [Doc. # 3] is affirmed and adopted in full.

IT IS THEREFORE ORDERED that this action is dismissed *sua sponte* without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects cited in the Recommendation and which is accompanied by the $350.00 filing fee. A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 25th day of March, 2013.

                                              UNITED STATES DISTRICT JUDGE